# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

JOHN R. JONES,

    Plaintiff,

v.                                    Case No. 23-3327-CV-S-BP-P

JASON LEWIS, et al.,

    Defendants.

- ☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' motion for judgment on the pleadings is GRANTED and this case is DISMISSED. Dismissal is without prejudice as to any negligence or malpractice claims that Plaintiff may assert in state court under state law. Plaintiff is cautioned that, if he files an appeal, he will be obligated to pay appellate filing fees of $505.00 (fees that would be in addition to the $350.00 filing fee he incurred by filing this case).

Entered on: June 15, 2023.

                                                      PAIGE WYMORE-WYNN
                                                      CLERK OF COURT

                                                      /s/ K. Willis
                                                      (By) Deputy Clerk